**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANNA I. RETHERFORD, an
individual,

      Plaintiff,

v.                                    Case No. 3:16-cv-155-J-32JRK

UNUM LIFE INSURANCE
COMPANY OF AMERICA, a Maine
corporation,

      Defendant.

---

**O R D E R**

    Upon review of the Joint Stipulation for Dismissal With Prejudice (Doc. 27),

filed on November 14, 2016, this case is dismissed with prejudice. Each party shall

bear its own attorneys' fees and costs. The Clerk should close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 15th day of November,

2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record